■ In the Matter of RALPH OYAGUE, Petitioner, v SULLIVAN CORRECTIONAL FACILITY, Respondent. [986 NYS2d 373]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., Stein, Garry and Egan Jr., JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of MICHAEL JOHNSON, Petitioner, v PATRICK J. GRIFFIN, as Superintendent of Sullivan Correctional Facility, Respondent. [986 NYS2d 373]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Lahtinen, McCarthy and Rose, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of MARK WADE GANTT, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [986 NYS2d 373]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Greene County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Lahtinen, J.P., McCarthy, Garry and Rose, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.